UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACEY KURTZ, *individually on behalf of those similarly situated,*<br><br>　　*Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br><br>　　*Defendant.* | Case No. 2:24-cv-4355<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Stacey Kurtz, by and through her undersigned counsel, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice her Complaint in the action styled *Kurtz v. Apple Inc.*, No. 2:24-cv-4355 (D.N.J.). No defendant in this action has answered the complaint or filed for summary judgment, and a class has not been certified.

Dated:  January 16, 2025

**LOWEY DANNENBERG, P.C.**

By:  *s/ Peter A. Barile III*
Peter D. St. Phillip, Jr.
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone.: (914) 997-0500
Facsimile: (914) 997-0035
pstphillip@lowey.com
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com

*Counsel for Plaintiff and the Proposed Class*

**So ORDERED on 1/17/2025:**



JULIEN XAVIER NEALS
United States District Judge